UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

JULIE SATTERFIELD-PRICE,

CASE NO. 9:12-bk-11704-FMD

Debtor.
_____/

**AMENDED OBJECTION TO CHAPTER 13 PLAN**

NOW COMES Movant, JON D. PARRISH, by and through his undersigned attorneys, and hereby files his Amended Objection to Debtor's Chapter 13 Plan (D.E. 2) and in support thereof states as follows:

1.  All allegations and claims stated in the original Objection to Chapter 13 Plan (D.E. 18) are restated and incorporated herein.

2.  The Debtor has a 50% interest as a managing member in D. Craig Price, LLC. See Exhibit 1. This interest was recorded on April 18, 2012 with the Florida Secretary of State. It is currently active. The bankruptcy was filed on July 31, 2012.

3.  This interest in the LLC was, and continues to be, completely undisclosed on both Schedule B and SOFA 18.

4.  The Debtor stated at her § 341(a) meeting that she had disclosed all of her assets. The omission of an operational LLC is a material misstatement.

5.  The Debtor's Schedule I lists no income, and her Schedule J states that she is attempting to find work at her daughter's

school. The Debtor may have an unknown amount of income from the undisclosed business.

6. The address that the Debtor lists as her current residence is in South Carolina, yet the school is in Florida.

7. The property listed as the Debtor's current residence has 5 bedrooms and is worth more than $700,000. The 53,143-square-foot lot is located directly on the water in a popular neighborhood in a vacation destination. The Debtor moved there post-petition. See Exhibit 2.

8. No rent or mortgage payment is listed on Schedule J. That the Debtor is paying nothing to live in this property, and has paid nothing since August 2012, seems questionable and unrealistic.

9. The post-petition choice to move into such a luxurious residence is neither reasonable nor necessary. The Debtor's expenses must be both reasonable and necessary for the Plan to achieve Confirmation.

10. The Debtor has no source of income and is therefore not eligible for relief under Chapter 13.

11. Alternatively, the Debtor may have undisclosed income from her 50% interest in the undisclosed LLC.

12. The Debtor has an unlisted alias.

13. The Debtor failed to disclose the transfer of her interest in her former homestead to her husband on her Statement of Financial Affairs. The deed was executed in June 2011. See Exhibit 3.

14. Movant has been required to file this Objection in order to obtain the proper payment of domestic support obligation and, therefore, should be entitled to attorneys fees and has retained the services of Miller and Hollander and has agreed to pay them a reasonable fee for such services.

WHEREFORE, Movant, JON D. PARRISH, objects to confirmation of the Debtor's Chapter 13 Plan, for attorneys fees, and for such other and further relief as the Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Jon M. Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206-5001 and Carmen Dellutri, Esquire, 1435 Royal Palm Square Boulevard, Fort Myers, FL 33919-1049, by first class U.S. Mail, postage fully prepaid or by electronic notice, this 31 day of January, 2013.

MILLER AND HOLLANDER
Attorneys for Movant, Jon D. Parrish
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112
Telephone 239-775-2000
Facsimile 239-775-7953

By: _____
KATHERINE E. ISKIN
Florida Bar No. 073023

M:\USERS\Katherine\Parrish amended obj.wpd

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

Previous on List    Next on List    Return To List

**No Events**       **No Name History**

## Detail by Officer/Registered Agent Name

### Florida Limited Liability Company

D. CRAIG PRICE, L.L.C.

> This detail screen does not contain information about the 2013 Annual Report.
> Click here to determine if a 2013 Annual Report has been filed.

### Filing Information

Document Number   L12000052796
FEI/EIN Number    NONE
Date Filed        04/18/2012
State             FL
Status            ACTIVE

Exhibit 1

### Principal Address

6531 SABLE RIDGE LANE
NAPLES FL 34109 US

### Mailing Address

6531 SABLE RIDGE LANE
NAPLES FL 34109 US

### Registered Agent Name & Address

UNITED STATES CORPORATION AGENTS, INC.
13302 WINDING OAK COURT
SUITE A
TAMPA FL 33612 US

### Manager/Member Detail

**Name & Address**

Title MGRM

PRICE, DAVID C
6531 SABLE RIDGE LANE
NAPLES FL 34109 US

Title MGRM

SATTERFIELD-PRICE, JULIE 
6531 SABLE RIDGE LANE
NAPLES FL 34109 US

### Annual Reports

**No Annual Reports Filed**

**Document Images**

04/18/2012 -- Florida Limited Liability  [View image in PDF format]

Note: This is not official record. See documents if question or conflict.

| Previous on List | Next on List | Return To List | Officer/RA Name Search |
| No Events | No Name History | | Submit |

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

# Exhibit 2

## 21 Burckmyer Dr, Beaufort, SC 29907

| Photos | Map | Bird's Eye | Street View |



View larger photos

Get more info  |  Save this home  |  Get updates  |  Email  |  more ▾

**For Sale: $725,000**
Zestimate®: $703,561
Est. Mortgage: $2,605/mo

See current rates on Zillow
A Bad Credit Score is 598. See Yours for $0

| | |
|---|---|
| Bedrooms: | 5 beds |
| Bathrooms: | 4.5 baths |
| Single Family: | 4,500 sq ft |
| Lot: | 53,143 sq ft |
| Year Built: | 1979 |
| Last Sold: | Jan 2006 for $960,000 |
| Parking: | Garage |

### Get more information
Contact a local buyer's agent to learn more.

 **Wallace Thomas** — Write a review
Call: (843) 593-0274

 **Chris & Maria Skrip** (12 reviews)
Call: (843) 548-0027

 **Scott Bingham** (2 reviews)
Call: (843) 548-0023

Your Name

Phone

Email Address

I am interested in 21 Burckmyer Dr, Beaufort, SC 29907.

☐ I want to get pre-approved.

[Contact Agent]

Learn how to appear in this list

### Description
Exceptional and unique waterfront home near downtown Beaufort. Just over the Lady&amp;#8217;s Island bridges in Burckmyer Beach, one of Beaufort&amp;#8217;s loveliest, most desirable and established communities. Estate sized lot, gracious live oaks and mature hedges of blossoming shrubbery. Stunning...
More

| | | |
|---|---|---|
| **Days on Zillow** 509 | **Cooling** Unknown | **Heating Type** Heat pump |
| **Basement Type** Unknown | **Fireplace** Unknown | **Floor Covering** Unknown |
| **Attic** Unknown | **Roof Type** Unknown | **Exterior Material** Unknown |
| **View** Unknown | **# Stories** 2.0 | **MLS #** 46747 |

▾ More

See data sources



U.S.News Top 100 MBA
FIU online MBA named a top 100 program by U.S.News. Learn more. »

Trust & Estate Attorney?
Wrote succession chapters for AICPA & NY/CA Bars on valuations & discounts. »

MIT Executive MBA
Rigorous, Part-time, 20-month program. Recharge & Refocus your career. »

Ads by LinkedIn

### Zestimates

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate | $703,561 | $366K – $1.09M | -$14,663 | $156 | 01/24/2013 |
| Rent Zestimate | $2,468/mo | $1.2K – $3.5K/mo | +$89 | $0.55 | 01/21/2013 |

| | |
|---|---|
| Owner Estimate | Post your own estimate |
| Agent Comment | You must sign-in and claim this listing in order to post a comment |

Zestimate | Listing price | Rent Zestimate | more                1 year  5 years  **10 years**

### Similar Homes for Sale

 **23 Burckmyer Dr, Beauf...**
For Sale: $895,000
Beds: 3   Sqft: 2802
Baths: 4.0   Lot: 56192

 **27 Burckmyer Dr, Beauf...**
For Sale: $1,200,000
Beds: 4   Sqft: 3700
Baths: 4.0   Lot: 74052

See listings near 21 Burckmyer Dr

### Nearby Similar Sales

 **158 Secession Dr, Beaufort, SC 29907**
Sold on 5/9/2012: $350,000
Beds: 4   Sqft: 1932
Baths: 4.0   Lot: 13503

 **21 Anchorage Dr, Beaufort, SC 29907**
Sold on 6/8/2012: $250,000
Beds: 3   Sqft: 1848
Baths: 2.0   Lot: --

**Nearby Cities**
Beaufort Real Estate
Bluffton Real Estate
Burton Real Estate
Hilton Head Island Real Estate
Laurel Bay Real Estate
Okatie Real Estate
Port Royal Real Estate
Seabrook Real Estate
Shell Point Real Estate
Yemassee Real Estate
Ladys Island Real Estate
Saint Helena Island Real Estate
Scott Real Estate
Sherwood Forest Real Estate
South Sea Pines Real Estate
Springfield Real Estate
Walling Grove Real Estate
Walnut Hill Real Estate
Wilkins Real Estate
Yacht Club Estates Real Estate

**Nearby Zip Codes**
29905 Real Estate
29907 Real Estate
29920 Real Estate

**Other Beaufort Topics**
Apartments for Rent in 29907
Houses for Sale in 29907
Houses for Rent in 29907
29907 Real Estate
Condos
Houses for Sale in
Newest Listings in
Home Values
Real Estate Agents

21 Burckmyer Dr. Beaufort, SC 29907 is a single family home of 4,500 sqft on a lot of 53,143 sqft (or 1.22 acres). Zillow's Zestimate® for 21 Burckmyer Dr is $703,561 and the Rent Zestimate® is $2,466/mo. This single family home has 5 bedrooms, 4.5 baths, and was built in 1979. The 3 bed single family home at 23 Burckmyer Dr in Beaufort is comparable and for sale for $895,000. This home is located in Beaufort in zip code 29907. The closest ZIP codes are 29905 and 29920. Beaufort, Bluffton, and Burton are the nearest cities. School data provided by GreatSchools.org.

About Us   About Zestimates   Jobs   Press   Investors   Help   Advertising   Terms of Use   Privacy Policy

Zillow Research   Zillow Blog

Yahoo!-Zillow Real Estate Network© 2006-2012 Zillow

```
*** INSTR 4574737  OR 4692  PG 557  RECORDED 6/15/2011 1:49 PM  PAGES 1  ***
    DWIGHT E. BROCK, CLERK OF THE CIRCUIT COURT, COLLIER COUNTY FLORIDA
    DOC@.70 $0.70  REC $10.00
    CONS $0.00
```

Exhibit 3

## WARRANTY DEED

THIS WARRANTY DEED made this 8th day of June, 2011, by **David C. Price, and Julie Satterfield Price**, husband and wife, whose address is 6531 Sable Ridge Lane, Naples, Florida 34109, as Grantors whose address is 6531 Sable Ridge Lane, Naples, Florida 34109.

WITNESSETH, that Grantors, **David C. Price and Julie Satterfield Price**, have granted, bargained or sold to Grantee, **David C. Price**, individually, the following parcel of land in the County of Collier, State of Florida, to wit: _6531 Sable Ridge Lane Naples Fl 34109_

THE WEST 150 FEET OF TRACT 87, GOLDEN GATE ESTATES, UNIT NO. 35, according to the plat thereof, as recorded in Plat Book 7, Page 85, Public Records of Collier County, Florida.

TAX FOLIO NUMBER: 38455880009

This deed is executed subject to restrictions, reservations, and easements of record common to the subdivision, and taxes from the date of this deed and subsequent years.

IN WITNESS WHEREOF, the said Grantor and Grantees have signed and sealed this on the day and year first above written.

Signed, sealed and delivered in our presence:

(Witness): _/s/ Maureen C Stutz_
MAUREEN C STUTZ

(Witness): _/s/ Anissa Santiago_
ANISSA SANTIAGO

_/s/ Julie Satterfield Price_
Julie Satterfield Price

_/s/ David C. Price_
David C. Price

State of Florida
County of Collier

The foregoing instrument is acknowledged before me, on June 8th, 2011, by Julie Satterfield Price and David C. Price, who are personally known, or have produced a driver's license.

Witness my signature and official seal in the aforementioned County and State.

_/s/ Maribel Santos_
Notary Public

My commission expires:
(Affix Notary Seal)

```
MARIBEL SANTOS
MY COMMISSION # EE 0744...
EXPIRES: April 23, 2015
Bonded Thru Notary Public Underwriters
```