

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/15/2013 02:30 PM

COURTROOM Room 4-117

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:12-bk-11704-FMD | 13 | 07/31/2012 |

**Chapter 13**

**DEBTOR:**  Julie Satterfield-Price

**DEBTOR ATTY:**  Joseph LoTempio

**TRUSTEE:**  Jon Waage

**HEARING:**

(1) Cont. Objection to Claim(s). Claim No. 4 of Jon Douglas Parrish; Doc. #34 and Response Filed by Katherine E. Iskin on behalf of Creditor Jon D Parrish;   Doc #36
* (2) Notice of Voluntary Dismissal Filed by Carmen Dellutri on behalf of Debtor Julie Satterfield-Price; Doc. # 59 and Objection to Notice of Voluntary Dismissal and Motion to Convert Case to Chapter 7 Filed by Katherine E. Iskin on behalf of Creditor Jon D Parrish;   Doc #60

**APPEARANCES:**: David Fineman, Katherine Iskin

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Cont. Objection to Claim(s). Claim No. 4 of Jon Douglas Parrish; Doc. #34 and Response Filed by Katherine E. Iskin on behalf of Creditor Jon D Parrish;   Doc #36


* (2) Notice of Voluntary Dismissal Filed by Carmen Dellutri on behalf of Debtor Julie Satterfield-Price; Doc. # 59 and Objection to Notice of Voluntary Dismissal and Motion to Convert Case to Chapter 7 Filed by Katherine E. Iskin on behalf of Creditor Jon D Parrish;   Doc #60 -   Granted and Reserve on Adversary   O/Case Manager
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.